# Court of Appeals
# of the State of Georgia

ATLANTA, March 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0976. DMANTE DONTRELL ANDERSON v. THE STATE.**

On September 20, 2023, the trial court entered an order addressing multiple pro se motions filed by Dmante Dontrell Anderson in his pending criminal case, as well as a motion filed by the State. In its order, the trial court, inter alia, granted Anderson's motion to represent himself and the State's motion for standby counsel. Anderson then filed in this Court a pro se "Petition for Immediate Review" of the September 20 order, which was docketed as an application for a discretionary appeal. We dismissed the application. See Case No. A24D0114 (Oct. 20, 2023). Anderson also filed this direct appeal of the same September 20 order. We, however, lack jurisdiction.

As we explained in our order dismissing Anderson's application, his case is still pending below, so, to obtain review of the September 20 order, he was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court, which he did not do. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Accordingly – and pretermitting whether our dismissal of Anderson's application in Case No. A24D0114 renders the current appeal barred by the law of the case[1] – Anderson

---

[1] See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

is not entitled to a direct appeal here. Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 03/08/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*